# DOCUMENTS TO BE SEALED

## PLAINTIFF

### -V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 11081

**DATE FILED:** DEC 3 2019

**SIGNED BY:** JUDGE MARRERO

**DATE SIGNED:** NOV 27 2019

**TO BE FILED UNDER SEAL:**

____ ENTIRE ACTION

 X  COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS

Filed U.S. District Court
2019 DEC -3 PM 1:52
S.D. OF N.Y.